942

No. 660. PRINCIPALE v. ASSOCIATED GAS & ELECTRIC Co. ET AL. C. A. 2d Cir. Certiorari denied. Petitioner pro se. *Allen E. Throop* for Associated Gas & Electric Co. et al., respondents.

No. 663. PADUCAH NEWSPAPERS, INC. ET AL. v. WISE. Court of Appeals of Kentucky. Certiorari denied. *Herbert S. Thatcher* for petitioners. *James G. Wheeler* for respondent.

No. 664. STALLSWORTH v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Julius Lucius Echeles* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 667. BARNES ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *W. M. Nicholson* and *Porter B. Byrum* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 674. TWENTIETH CENTURY-FOX FILM CORP. ET AL. v. BROOKSIDE THEATRE CORP. C. A. 8th Cir. Certiorari denied. *John F. Caskey, Byron Spencer* and *William E. Kemp* for petitioners. *William G. Boatright* for respondent.

No. 675. HOGAN ET AL. v. WILLIAMS ET AL. C. A. 5th Cir. Certiorari denied. *M. Neil Andrews* for petitioners. *Harry M. Wilson* for respondents.

No. 258, Misc. WALEY v. SWOPE, WARDEN. C. A. 9th Cir. Certiorari denied.